■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ROSSETTI, Appellant. [944 NYS2d 911]—Appeal by the defendant from a resentence of the County Court, Putnam County (Reitz, J.), imposed December 2, 2008, upon remittitur from this Court (*see People v Rossetti*, 55 AD3d 637 [2008]), upon his convictions of assault in the first degree and driving while intoxicated, upon his plea of guilty.

Ordered that the resentence is affirmed.

Contrary to the contention of the defendant, the County Court, which, upon remittitur, had the "discretion" to "afford" him "an opportunity to withdraw his plea" (*People v Rossetti*, 55 AD3d 637, 637 [2008]), properly denied his request to withdraw his plea of guilty. A defendant's request to withdraw a plea of guilty should "not be granted merely for the asking" (*People v Alexander*, 97 NY2d 482, 485 [2002]), and the defendant, whose plea was knowingly, voluntarily, and intelligently made (*see People v Harris*, 61 NY2d 9, 17 [1983]), failed to articulate a persuasive reason warranting vacatur of the plea. Skelos, J.P., Florio, Roman and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY SPENCER, Appellant. [944 NYS2d 889]—Appeal by the defendant from a judgment of the County Court, Nassau County (Grella, J.), rendered July 21, 2010, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Chambers, Roman and Miller, JJ., concur.